UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULYSSES CHARLES,<br><br>    Plaintiff,<br><br>        v.<br><br>INDYMAC BANK, FSB, EMPIRE MORTGAGE SERVICES, INC., and JOHN DOE<br><br>    Defendants. | Civil Action No. 1:05-cv-12109 GAO |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to dismiss this case with prejudice as to all claims which were or could have been raised herein, that each party shall bear its own costs, and that all rights to appeal are waived.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ULYSSES CHARLES, | INDYMAC BANK, FSB, |
| By his attorney, | By its attorneys, |
| RODDY KLEIN & RYAN | NIXON PEABODY LLP |
| By: /s/ Gary Klein<br>   Gary Klein, BBO No. 560769<br>   727 Atlantic Ave., 2nd floor<br>   Boston, MA 02111<br>   klein@roddykleinryan.com<br>   (617) 357-5500 x15 | By: /s/ Paul M. Lanagan<br>   Andrew Hachey, BBO No. 567183<br>   Paul M. Lanagan, BBO No. 657356<br>   100 Summer Street<br>   Boston, MA 02110<br>   ahachey@nixonpeabody.com<br>   planagan@nixonpeabody.com<br>   (617) 345-1000 |

Dated:  September 28, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. mail to those indicated as non-registered participants on September 28th, 2006.

                                              /s/ Gary Klein
                                              Gary Klein